# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CASE NO. 4:06CR257(2) |
| | § | |
| HEATHER ROSEMEAD MAY | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the above-referenced criminal action, this Court having heretofore referred the request for revocation of Defendant's supervised release to the United States Magistrate Judge for proper consideration. The Court has received the report of the United States Magistrate Judge pursuant to its order. As Defendant has waived her right to object, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is, therefore,

**ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion of the Court.

It is further **ORDERED** that Defendant's supervised release is hereby REVOKED.

It is finally **ORDERED** that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for time served followed by a 1 year term of supervised release.

**SIGNED this the 4th day of April, 2008.**

_Richard A. Schell_

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE